[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 14-14253
_____

D.C. Docket No. 6:13-cv-00574-GAP-TBS

PLUMBERS AND PIPEFITTERS LOCAL
UNION NO. 803 HEALTH & WELFARE FUND,

Plaintiff - Counter Defendant - Appellee,

DAVID GARLINGTON,
as Trustee for the Funds,
GARY MONSON,
as Trustee for the Funds,
BRAD GRABILL,
as Trustee for the Funds,
BERNARD HORNE,
as Trustee for the Funds, et al.,

Plaintiffs - Appellees,

versus

SYSTEM TECH SERVICES, INC.,
a Florida Corporation,

Defendant - Counter Claimant - Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
_____

(January 5, 2015)

Before TJOFLAT and MARTIN, Circuit Judges, and ROSENTHAL,[*] District Judge.

PER CURIAM:

After considering the parties' briefs and entertaining oral argument of counsel, we find no basis for disturbing the judgment of the District Court.  The judgment is accordingly

AFFIRMED.

---

[*] The Honorable Lee H. Rosenthal, U.S. District Judge for the Southern District of Texas, sitting by designation.